UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANA TERESA GORSHE and RANDAL LOUIS GORSHE,<br><br>　　　　Defendants. | Case No.  1:20-mc-00042-BAM<br><br>**ORDER REGARDING STIPULATION RE: PAYMENT OF RESTITUTION, RESOLUTION OF ACTION AND ORDER THEREON**<br><br>(Doc. No. 2) |

　　　　On June 16, 2020, Plaintiff United States of America ("Plaintiff") initiated this civil action by way of application for issuance by the Clerk of Court of a writ of continuing garnishment for certain bank accounts of the judgment debtors, Defendants Ana Teresa Gorshe and Randal Louis Gorshe, which are in the possession, custody or control of Tri Counties Bank.  (Doc. No. 1.)

　　　　On June 25, 2020, Plaintiff and Defendants filed a stipulation regarding payment of restitution imposed against in case number 1:18-CR-00235-LJO-SKO.  (Doc. No. 2.)  The stipulation includes, among other things, an agreement for an order directing the garnishee, Tri Counties Bank, to release certain funds to the Court to be applied to the outstanding restitution.  (*Id.* at 2.)

　　　　To date, no writ of continuing garnishment has issued.  Accordingly, the Court declines to address the stipulation and proposed order regarding payment of restitution filed on June 25,

1

2020.  Plaintiff is directed to either pursue issuance of the writ of continuing garnishment or demonstrate that action on the stipulation is appropriate and otherwise available in the absence of such a writ.

IT IS SO ORDERED.

Dated: **July 27, 2020**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE